# United States District Court
# Central District of California
# Western Division

MARTIN KIMANI, *et al.*,

    Plaintiffs,

  v.

SELECT PORTFOLIO SERVICING, INC., *et al.*,

    Defendants.

CV 16-02252 TJH (KKx)

Order and Judgment

JS-6

The Court has considered Defendants' motion for judgment on the pleadings, together with the moving and opposing papers.

Plaintiffs' first claim for wrongful foreclosure is not ripe as Plaintiffs failed to allege that Defendants have completed the foreclosure process. *See Saterbak v. JP Morgan Chase Bank NA*, 245 Cal. App. 4th 808, 814 (2016). Indeed, the parties agree that Plaintiffs' property has not yet been foreclosed. Accordingly, because the Court lacks subject matter jurisdiction, this claim must be dismissed without prejudice. However, the Court has jurisdiction to consider the remaining claims because they relate to pre-foreclosure activities.

In 2007, Plaintiffs obtained a mortgage secured by a deed of trust. In 2010, the

deed of trust was assigned, and the assignment was recorded. In this action, filed in 2016, Plaintiffs challenge the legal sufficiency of the assignment. However, in 2013, Plaintiffs filed for bankruptcy protection, but failed to identify the claims asserted in this action, despite having an obligation to disclose all contingent and unliquidated claims. *See Hamilton v. State Farm Fire & Cas. Co.*, 270 F.3d 778, 775 (9th Cir. 2001).

Plaintiffs argue that they did not know about their right to assert the pre-foreclosure claims until the California Supreme Court issued its opinion in *Yvanova v. New Century Mortgage Corp.*, 62 Cal 4th 919 (2016). However, Plaintiffs should have known of their potential claims as early as 2010, when the assignment was recorded. Prior to *Yvanova*, the law was unsettled, but that did not prevent Plaintiffs from asserting their claims earlier, or identifying them as potential claims when they sought bankruptcy protection.

Accordingly, Plaintiffs are judicially estopped from asserting their pre-foreclosure claims. *See Hamilton*.

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Plaintiffs' wrongful foreclosure claim be, and hereby is, 𝕯𝖎𝖘𝖒𝖎𝖘𝖘𝖊𝖉 without prejudice.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉, 𝕬𝖉𝖏𝖚𝖉𝖌𝖊𝖉 𝖆𝖓𝖉 𝕯𝖊𝖈𝖗𝖊𝖊𝖉 that Judgment be, and hereby is, 𝕰𝖓𝖙𝖊𝖗𝖊𝖉 in favor of Defendants and against Plaintiffs as to the remaining claims.

Date: April 14, 2017

_____
𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊